

# Fourth Court of Appeals
## San Antonio, Texas

September 29, 2022

No. 04-22-00337-CR

Luis **DOMINGUEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 11, Bexar County, Texas
Trial Court No. 628896
Honorable Timothy Johnson, Judge Presiding

# O R D E R

Appellant's brief was originally due August 24, 2022; however, the court granted an extension of time to file the brief until September 23, 2022. On September 22, 2022, appellant filed a motion requesting until October 24, 2022 to file the brief. We **grant** the motion and **order** appellant's attorney, Matthew T. Allen, to file the brief by **October 24, 2022**.

Counsel is advised that no further extensions of time will be granted absent a motion, filed by the date the brief is due, that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. The court does not generally consider a heavy work schedule to be an extraordinary circumstance.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of September, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court